UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Criminal No.: 07-274

United States of America v. <u>Josh Pierre a/k/a Josue Pierre</u>
                                        Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **<u>Josh Pierre A/k/a Josue Pierre, Booking #9900700020, NYSID # 2556142Q, DOB 10/18/1976</u>**, is now confined in **<u>GMDC RIKERS ISLAND</u>, New York.**

2. **<u>Josh Pierre A/k/a Josue Pierre, Booking #9900700020, NYSID # 2556142Q, DOB 10/18/1976</u>** will be required at the <u>United States District Court located in Newark, New Jersey</u> before your honor on <u>Wednesday, February 18, 2009,</u> at <u>9:30 a.m</u> for a <u>Plea</u> in the captioned case, in which he is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   February 2, 2009

_____
R. Joseph Gribko
Assistant United States Attorney
Petitioner - (973) 645-2765

ORDER FOR WRIT:   Let the Writ Issue.

DATED: February 3, 2009

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of **<u>GMDC Rikers Island, New York.</u>**

We Command that you have the body of **Josh Pierre A/k/a Josue Pierre**, (by whatever name called or charged) now confined in <u>GMDC RIKERS ISLAND, New York</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Wednesday, February 18, 2009</u> at <u>9:30 am</u>, for a <u>Plea</u> before the Hon. Susan D. Wigenton in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton,
United States District Judge at Newark, N.J.

DATED: February 3, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk